IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL HUSTON,

    Plaintiff,

v.

JOSEPH STARKEY, WISCONSIN DOC
and ANN CARTMAN,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-169-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff's case without prejudice for failure to state a claim for which relief may be granted.

_____
Peter Oppeneer, Clerk of Court

4/13/11
Date